UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Sepe,

                        Plaintiff,                      **CANCELLATION ORDER**

           -against-                        19 Civ. 8708 (KMK)(AEK)

Korobkova, et al.,

                        Defendants.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In light of the fact that the parties appeared for a status conference before the Honorable

Kenneth M. Karas on October 27, 2020, the status conference scheduled with Magistrate Judge

Krause for Wednesday, November 4, 2020 at 3:00 p.m. (ECF No. 51) is hereby cancelled.


Dated: October 28, 2020
      White Plains, New York

                                         **SO ORDERED.**

                                      _____

                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge